IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SHERMAN W. GREEN, SR.                                                    PLAINTIFF

VS.                                                        CIVIL ACTION NO. 5:04cv306DCBJMR

ISLE OF CAPRI CASINO                                                    DEFENDANT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the Chief United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed without prejudice.

SO ORDERED this the 22nd day of June, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE